UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant, v. ARTHUR H. GOETZ and Others, Respondents.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAY GORDON, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS POTASH, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MAE O'HANLON, as Administratrix, etc., of JAMES J. O'HANLON, Deceased, Respondent, v. THOMAS E. MURRAY, as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment unanimously reversed, with costs, and the complaint dismissed, with costs, on the ground that no actionable negligence on the part of the defendant was established. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of SAMUEL COHEN, Petitioner, Appellant, against WILLIAM FELLOWES MORGAN, JR., Commissioner of Markets, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present— Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## (April 16, 1940.)

ANNE RITHOLTZ v. ISIDORE SCHILDER and Others, Impleaded with JOSEPH G. COHEN and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, and stay vacated. Present — O'Malley, Townley, Glennon, Untermyer and Dore, JJ.

## (April 19, 1940.)

FANNIE H. DEMBY, Respondent, v. MAX DEMBY, Appellant.— Order denying defendant's motion to open default unanimously affirmed, with twenty dollars costs and disbursements. Order granting plaintiff's motion to punish for contempt unanimously affirmed, with twenty dollars costs and disbursements. The defendant having died on March 28, 1940, subsequent to the argument of the appeals, the above determinations are ordered to be entered *nunc pro tunc* as of March 15, 1940. (See *Russell* v. *Butler Grocery Co.,* 240 App. Div. 31.) Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent, v. HERBERT CANNON, Appellant, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. (See *Columbian Nat. Life Ins. Co.* v. *Black,* 35 F. [2d] 571; *Buck* v. *Equitable Life Assur. Soc. of the United States,* 96 Wash. 683; 165 P. 878.) Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. C. VINCENT RICCARDI, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.